NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JEFFREY KUCZYNSKI, *Petitioner*.

No. 1 CA-CR 15-0150 PRPC
FILED 4-6-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2008-173996-001
The Honorable Cari A. Harrison, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Jeffrey Kuczynski, Tucson
*Petitioner*

**MEMORANDUM DECISION**

Judge James P. Beene delivered the decision of the Court, in which Presiding Judge Samuel A. Thumma and Judge Lawrence F. Winthrop joined.

**B E E N E**, Judge:

**¶1**            Jeffrey Kuczynski petitions for review of the dismissal of his petition for post-conviction relief.  We have considered the petition for review and, for the reasons stated, grant review and deny relief.

**¶2**            A jury convicted Kuczynski of trafficking in stolen property.  The superior court sentenced him as a repetitive offender to a 6.5-year prison term.  This court affirmed the conviction and sentence on appeal. *State v. Kuczynski*, No. 1 CA-CR 11-0064, 2012 WL 5333705 (Ariz. App. Oct. 30, 2012) (mem. decision).

**¶3**            Kuczynski filed a timely notice of post-conviction relief.  After appointed counsel notified the superior court that counsel found no colorable claims to raise, Kuczynski filed a *pro se* petition for post-conviction relief, alleging claims of constitutional violations, judicial bias, prosecutorial misconduct, and ineffective assistance of trial and appellate counsel.  The superior court dismissed the petition.

**¶4**            In summarily dismissing the petition, the superior court correctly ruled that Kuczynski failed to state a colorable claim of ineffective assistance of counsel and that the remaining claims were precluded, and did so in a thorough, well-reasoned manner that will allow any future court to understand the court's rulings.  Under these circumstances, "[n]o useful purpose would be served by this court rehashing the trial court's correct ruling in a written decision." *State v. Whipple*, 177 Ariz. 272, 274 (App. 1993).  We therefore adopt the superior court's ruling.

**¶5**            Accordingly, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA